AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Joseph DiCosola, Individually and on behalf of a class

V.

Fogo De Chao Churrascaria (Chicago), LLC

CASE NUMBER: **07 C 6750**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE MAROVICH
MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Fogo De Chao Churrascaria (Chicago), LLC
c/o Capitol Corporate Services, Inc.
1218 W. Edwards, #200
Springfield, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL 60181

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

-----------------
(By) DEPUTY CLERK



December 26, 2007
-----------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  *Date*                              *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COURT CASE NO. __07 C 6750__

__Philip Cravens__ deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant or witness or garnishee was served in the following manner:

I. **Personal** service in that the above documents were personally served upon the defendant.

| **DEFENDANT OR DIRECT TO:** | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name)_____ | Male/Female | _____ |
| (Address Served)_____ | Ht._____ Wt._____ | |
| (City, State, Zip)_____ | Race_____ Age_____ | _____ |

II. **(Substituted Service)** Individual defendants **abode** by leaving a copy at the usual place of abode of each individual defendant with a person of his family of the age of 13 years or upward, informing that person of its contents and also by sending a copy in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| **PERSON LEFT WITH** | DESCRIPTION | DATE/TIME |
|---|---|---|
| (Name)_____ / _____ (Relationship) | Male/Female | _____ |
| (Address)_____ | Ht._____ Wt._____ | |
| (City, State)_____ | Race_____ Age_____ | _____ (Date Mailed) |

III. **CORPORATE SERVICE:** By leaving a copy with (named individual) __Amy Williams__, (title) __Service Rep.__, and authorized to accept on behalf of said corporation, as follows:

| DEFENDANT CORPORATION | DATE/TIME |
|---|---|
| (Corp. Name) __Fogo De Chao Churrascaria c/o Capitol Corp. Serv.__ | __1-4-08__ |
| (Address) __118 W Edwards__ | __2:02 PM__ |
| (City, State) __Springfield, IL__ | |

IV. That he/she was unable to serve the above-named defendant at the following listed address (es) for the following detailed reasons:

_____
_____
_____
_____
_____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

__1-4-08__  
Dated

(Server Signature)  
IL Lic. 115-00743