**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 07 C 6750

JOSEPH DI COSOLA, Individually and on behalf of a class,

v.

FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC, Defendant

| |
|---|
| NAME (Type or print)<br>J. Patrick Herald |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ J. Patrick Herald |
| FIRM<br>Baker & McKenzie LLP |
| STREET ADDRESS<br>One Prudential Plaza, 130 E. Randolph Drive, Suite 3500 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1195719 | TELEPHONE NUMBER<br>312-861-2830 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |