IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOGO DE CHAO CHURRASCARIA<br>(CHICAGO), LLC,<br><br>　　　　Defendant. | Case No.  07 C 6750<br><br>Judge Marovich<br>Magistrate Judge Schenkier |

## MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant, FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC ("Fogo De Chao"), by and through its attorneys, J. PATRICK HERALD and MICHAEL C. MCCUTCHEON of BAKER & McKENZIE LLP, respectfully requests that this Court grant an enlargement of time in which to answer or otherwise plead in response to Plaintiff's Complaint pursuant to Federal Rule 6(b), and in support thereof states:

1.　Defendant was served with the Plaintiff's Complaint on January 4, 2008.

2.　Defendant's answer is due on January 24, 2008.

3.　Due to scheduling issues, and the need to fully investigate the allegations made by Plaintiff, Defendant requires additional time in which to respond to the Complaint.

4.　Plaintiff has informed defense counsel that he has no objection to an extension of time for answering or otherwise pleading until March 7, 2008.

WHEREFORE, Defendant respectfully requests an extension of time to answer or otherwise plead in response to Plaintiff's Complaint until March 7, 2008.

FOGO DE CHAO CHURRASCARIA (CHICAGO) LLC

By: <u>s / Michael C. McCutcheon</u>
    One of its Attorneys

Firm I.D. #28
J. Patrick Herald
Michael C. McCutcheon
BAKER & McKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL 60601
+1 312 861 8000

CHIDMS1/2591343.1