IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>FOGO DE CHAO CHURRASCARIA<br>(CHICAGO), LLC,<br><br>Defendant. | Case No. 07 C 6750<br><br>Judge Marovich<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on the 5th day of February, 2008, at 10:30 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge George M. Marovich in Room 1944-C, or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division and shall then and there present: Motion for Enlargement of Time in Which to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is attached hereto.

Dated: January 22, 2008

                                    s/ Michael C. McCutcheon
                                    Michael C. McCutcheon,
                                    *One of the Attorneys for Defendant*

FIRM ID#28
J. Patrick Herald
Michael C. McCutcheon
**BAKER & McKENZIE LLP**
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601
+ 1 312 861-8000

## CERTIFICATE OF SERVICE
## FOR CASE 1:07-cv-06750

I hereby certify that on January 22, 2008, I electronically filed the foregoing *Notice of Motion* and *Motion for Enlargement of Time in Which to Answer or Otherwise Plead to Plaintiff's Complaint* with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

**Anthony G. Barone**
agbaronelaw@aol.com

**David M. Jenkins**
dmjenkinslaw@aol.com

                                       s/ Michael C. McCutcheon
                                       Michael C. McCutcheon
                                       Attorney for Defendant,
                                       FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC
                                       BAKER & McKENZIE LLP
                                       130 E. Randolph Drive, Suite 3500
                                       Chicago, IL 60601
                                       Phone: +1 312-861-8000
                                       Facsimile: +1 312-861-2899
                                       E-mail: michael.c.mccutcheon@bakernet.com

CHIDMS1/2591871.1