## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Joseph Di Cosola

                        Plaintiff,

v.                                               Case No.: 1:07−cv−06750
                                               Honorable George M. Marovich

Fogo De Chao Churrascaria (Chicago), LLC

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 11, 2008:

    MINUTE entry before Judge George M. Marovich :Motion hearing set for 3/18/2008 is stricken. Briefing schedule set on defendant's motion to dismiss[14] : response due by 4/8/2008; reply due by 4/29/2008; rule by mail.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.