IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH DICOSOLA, Individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 07 C 6750<br>Judge Marovich<br>Magistrate Judge Schenkier |
| FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC | ) ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

On April 8, 2008 at 10:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George M. Marovich or any Judge sitting in his stead in Room 1944-C or the courtroom usually occupied by him in the Dirksen Building, Chicago, Illinois, and shall then and there move this Honorable Court, pursuant to the attached *Motion for Leave to File Additional Attorney Appearance*, a copy of which is attached hereto and served upon you.

Respectfully submitted,

JOSEPH DICOSOLA

By: s/David M. Jenkins
One of His attorneys

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037

## CERTIFICATE OF SERVICE

    I certify that I served a copy of this Certificate of Service and *Motion for Leave to File Additional Attorney Appearance*, upon the person identified above via U. S. Mail on March 21, 2008.

                                                                            Diane B. Novosel

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037