IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH DICOSOLA,**<br>**Individually and on behalf of a class,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FOGO DE CHAO CHURRASCARIA**<br>**(CHICAGO), LLC**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 07 C 6750
Judge Marovich
Magistrate Judge Schenkier

## NOTICE OF FILING

**TO:**   Michael C. McCutcheon
Baker & McKenzie, LLP
One Prudential Plaza, Suite 3500
130 E. Randolph Dr.
Chicago, IL 60601

YOU ARE HEREBY NOTIFIED that on April 8, 2008, we electronically filed in the United States District Court for the Northern District of Illinois, Eastern Division, *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint*, a copy of which is attached hereto and served upon you electronically.

By:   /s/David M. Jenkins
David M. Jenkins

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Certificate of Service and *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Complaint*, upon the person identified above via electronic filing and U. S. Mail on April 8, 2008.

/s/Diane B. Novosel
Diane B. Novosel

David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037