IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC,<br><br>Defendant. | Case No. 07 C 6750<br>Judge Marovich<br>Magistrate Judge Schenkier |

## DEFENDANT'S RULE 26 DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendant Fogo de Chao Churrascarria (Chicago), LLC, ("Defendant") makes the following disclosures. Investigation is continuing, and Defendant will supplement these disclosures as necessary.

1.  Identification of Individuals.

Defendant identifies the following individuals, categorized by entity for whom they were employed, as likely to have discoverable information that Defendant may use to support its claims and defenses:

Larry Johnson, CEO, Alda Boiani, CAO, Keanan Wright, Director of Information Technology. All of the foregoing individuals are current employees of Defendant and can be contacted through Baker & McKenzie, LLP. Defendant further identifies plaintiff.

2. <u>Identification of Documents</u>.

Defendant has a limited number of documents that it has maintained in the normal course of business relating to the issues in this litigation. These documents will be produced upon request after attorney review, and subject to any applicable privilege.

3. <u>Computation of Damages</u>.

Defendant denies that damages are warranted. However, to the extent that plaintiff is claiming statutory damages, the information required to ascertain the correct damages figure is currently unknown.

4. <u>Insurance</u>.

Defendant has previously provided Plaintiff with the applicable insurance policies. Coverage for the claims Plaintiff asserts has, to date, been denied.


Dated: May 30, 2008

                                                  Respectfully submitted,


                                           /s Michael C. McCutcheon
                                          One of the Attorneys for Defendant

I.D. #28
J. Patrick Herald
Michael McCutcheon
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, Illinois  60601
(312) 861-8000

2

## CERTIFICATE OF SERVICE
## FOR CASE 1:07-cv-06750

I hereby certify that on May 30, 2008, I electronically filed the foregoing *Defendant's Rule 26 Disclosures* with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

**Anthony G. Barone**
agbaronelaw@aol.com

**David M. Jenkins**
dmjenkinslaw@aol.com

                             s/ Michael C. McCutcheon
                             Michael C. McCutcheon
                             Attorney for Defendant,
                             FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC
                             BAKER & McKENZIE LLP
                             130 E. Randolph Drive, Suite 3500
                             Chicago, IL  60601
                             Phone: +1 312-861-8000
                             Facsimile: +1 312-861-2899
                             E-mail:  michael.c.mccutcheon@bakernet.com