**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JOSEPH DI COSOLA,** ) | |
| **Individually and on behalf of a class,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.  07 C 6750** |
| **v.** ) | |
| ) | **Judge Marovich** |
| **FOGO DE CHAO CHURRASCARIA** ) | **Magistrate Judge Shenkier** |
| **(CHICAGO), LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, Joseph DiCosola, by and through his attorneys, and hereby moves this Honorable Court for the entry of an order dismissing the complaint with prejudice pursuant to settlement as to the individual claims, and to enter the Agreed Order of Dismissal attached hereto as Exhibit A. In support, Plaintiff states as follows:

1.  Plaintiff and Defendant have settled the above captioned matter. Plaintiff and Defendant have agreed to the entry of the proposed order that is attached hereto as Exhibit A, which would dismiss the case with prejudice pursuant to the settlement as to the individual claims, but without prejudice as to any class claims, with each party bearing their own costs and fees.

2.  Defendant does not oppose this motion as both Plaintiff and Defendant have consummated their Settlement Agreement.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Agreed Dismissal Order attached hereto as Exhibit A, or for any further relief the Court deems just and proper under the circumstances.

Respectfully submitted,

JOSEPH DI COSOLA

By: s/David M. Jenkins
One of His attorneys

Anthony G. Barone (ARDC No. 06196315)
David M. Jenkins (ARDC No. 6211230)
**BARONE & JENKINS, P.C.**
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH DI COSOLA,**<br>**Individually and on behalf of a class,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.  07 C 6750** |
| **v.** | ) | |
| | ) | **Judge Marovich** |
| **FOGO DE CHAO CHURRASCARIA** | ) | **Magistrate Judge Shenkier** |
| **(CHICAGO), LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming on for hearing by the agreement of the parties, on the motion of Plaintiff, Joseph DiCosola ("DiCosola"), for dismissal of the Complaint with prejudice pursuant to settlement, this Court having considered the motion and being duly advised in the premises,

IT IS HEREBY ORDERED:

1.    Plaintiff's motion is granted. This matter is hereby dismissed with prejudice as to the individual claims, and without prejudice as to the class claims, with each party to bear their own costs and attorney fees, in accordance with the terms set forth in the parties' Settlement Agreement and Mutual Release.

2.    It is further ordered that, to the extent any rights or obligations of either party are set forth in the Settlement Agreement and Mutual Release, these shall continue to remain in effect in accordance with the terms of the Settlement Agreement and Mutual Release.

**IT IS SO ORDERED.**

**DATED:**

_____
**GEORGE M. MAROVICH**
**DISTRICT JUDGE**

EXHIBIT
**A**