IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DICOSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>FOGO DE CHAO CHURRASCARIA (CHICAGO), LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 07 C 6750<br>)  Judge Marovich<br>)  Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

On July 15, 2008 at 10:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George M. Marovich or any Judge sitting in his stead in Room 1944-C or the courtroom usually occupied by him in the Dirksen Building, Chicago, Illinois, and shall then and there move this Honorable Court, pursuant to the attached *Unopposed Motion to Dismiss Pursuant to Settlement*, a copy of which is attached hereto and served upon you.

Respectfully submitted,

JOSEPH DICOSOLA


By: s/David M. Jenkins
One of His attorneys

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Certificate of Service and *Plaintiff's Unopposed Motion to Dismiss Pursuant to Settlement,* upon the person identified above via U. S. Mail on July 2, 2008.

/s/ Diane B. Novosel
Diane B. Novosel

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037