# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6750 | **DATE** | 7/8/2008 |
| **CASE TITLE** | DiCosola v. Fogo De Chao Churrascaria | | |

**DOCKET ENTRY TEXT:**

Motion hearing set for 7/15/2008 is stricken. Plaintiff DiCosola's motion to dismiss this case [25] is granted. Defendant's motion to dismiss [14] is moot. This matter is dismissed with prejudice as to the individual claims and without prejudice as to the class claims. Each party is to bear his or its own costs and fees.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

    Plaintiff DiCosola's motion to dismiss this case is granted. This matter is dismissed with prejudice as to the individual claims and without prejudice as to the class claims. Each party is to bear his or its own costs and fees.

    In connection with his motion to dismiss, the plaintiff proffered a proposed agreed order. The proposed order would have included the following: "It is further ordered that, to the extent any rights or obligations of either party are set forth in the Settlement Agreement and Mutual Release, these shall continue to remain in effect in accordance with the terms of the Settlement Agreement and Mutual Release." The Court is not privy to the terms of the settlement agreement and will not grant the relief requested in that paragraph of the proposed order. Settlement agreements are contracts that may be enforced as other contracts would be.